United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 22-50783-KMS
Miranda Felicia Jones Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 1
Date Rcvd: Nov 09, 2022     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/codb | + Miranda Felicia Jones, Fredrick J. Johnson, 57 Shamrock Dr, Laurel, MS 39443-6416 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chelsea Bair Minton | on behalf of Debtor Miranda Felicia Jones attorney.minton@gmail.com notices@uprightlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| John S. Simpson | on behalf of Creditor Action Financial Services Inc. jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

_____



          **SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: November 9, 2022

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Miranda Felicia Jones            BANKRUPTCY NO. 22-50783-KMS

### AGREED ORDER

**THIS MATTER**, having come on before this Court on the motion for relief from co-debtor stay of 11 U.S.C. § 1301 (Docket No. 19) filed by Action Financial Services, Inc. (hereinafter "Action Financial"), and the Debtor's Response (Docket No. 23), and the Court does find that the parties agree as follows:

**THAT** the co-debtor stay of 11 U.S.C. § 1301 is hereby terminated as to the non-filing co-debtor, Fredrick J. Johnson.  Action Financial may proceed to enforce its contractual rights against the non-filing co-debtor.

##END OF ORDER##

**SUBMITTED AND AGREED:**           **AGREED AND APPROVED:**

/s/ John S. Simpson           /s/ Chelsea Bair Minton

| | |
|---|---|
| John S. Simpson, MSB No. 8525 | Chelsea Bair Minton, MSB No. 104453 |
| Simpson Law Firm, P. A. | Attorney for Debtor |
| Attorneys for Action Financial Services, Inc. | P.O. Box 17206 |
| P. O. Box 2058 | Hattiesburg, MS 39404 |
| Madison, MS 39130-2058 | (601)307-6572 |
| (601) 957-6600 | chelseabminton@gmail.com |
| rboone@simpsonlawfirm.net | |

**AGREED AND APPROVED:**

/s/Samuel J. Duncan
Attorney for Trustee,
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601)582-5011
orders@rawlings13.net